Case 05-34593   Doc 28   Filed 07/29/08   Entered 07/29/08 08:55:59   Desc   Page 1 of 2

Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Phillips, Pamela L

Printed: 7/29/08

Case Number: 05 B 34593
Judge: Hollis, Pamela S
Filed: 8/30/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: June 16, 2008
Confirmed: November 14, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 51,435.02 |  |
| Secured: |  | 46,905.68 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,829.97 |
| Trustee Fee: |  | 2,699.37 |
| Other Funds: |  | 0.00 |
| Totals: | 51,435.02 | 51,435.02 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 1,829.97 | 1,829.97 |
| 2. | Deutsche Bank National | Secured | 33,254.36 | 29,305.59 |
| 3. | American General Finance | Secured | 2,223.10 | 1,464.39 |
| 4. | Wells Fargo Fin Acceptance | Secured | 21,091.67 | 13,893.37 |
| 5. | Deutsche Bank National | Secured | 3,281.57 | 2,242.33 |
| 6. | Illinois Student Assistance Commission | Unsecured | 11,770.45 | 0.00 |
| 7. | AmeriCash Loans, LLC | Unsecured | 373.49 | 0.00 |
| 8. | American General Finance | Unsecured | 45.84 | 0.00 |
| 9. | AmeriCash Loans, LLC | Unsecured | 140.98 | 0.00 |
| 10. | Wells Fargo Fin Acceptance | Unsecured | 718.38 | 0.00 |
| 11. | Jefferson Capital | Unsecured | 101.52 | 0.00 |
| 12. | Pay Day Loans | Unsecured |  | No Claim Filed |
| 13. | Money Market | Unsecured |  | No Claim Filed |
| 14. | First Premier | Unsecured |  | No Claim Filed |
|  |  |  | $ 74,831.33 | $ 48,735.65 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 942.97 |
| 5% | 190.51 |
| 4.8% | 640.06 |
| 5.4% | 925.83 |
|  | $ 2,699.37 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Phillips, Pamela L | Case Number:  05 B 34593 |
| | Judge:  Hollis, Pamela S |
| Printed:  7/29/08 | Filed:  8/30/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

